**AMBER A. BAYLOR**
California State Bar No. 248196
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
Email: Amber_Baylor@fd.org

Attorneys for Mr. Flores-Velasquez

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE LOUISA S. PORTER)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 08MJ0038-POR |
| Plaintiff, | ) |
| v. | ) |
| ERIC FLORES-VELASQUEZ | ) **NOTICE OF APPEARANCE** |
| Defendant. | ) |

Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Amber A. Baylor, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney in the above-captioned case.

Respectfully submitted,

Dated: January 8, 2008                    s/ *Amber Baylor*
                                          **AMBER BAYLOR**
                                          Federal Defenders of San Diego, Inc.
                                          Attorneys for Mr. Flores-Velasquez
                                          Amber_Baylor@fd.org

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Dated:  January 8, 2008                              /s/ Amber Baylor
                                                                     **AMBER BAYLOR**
                                                                     Federal Defenders of San Diego, Inc.
                                                                     225 Broadway, Suite 900
                                                                     San Diego, CA  92101-5030
                                                                     (619) 234-8467  (tel)
                                                                     (619) 687-2666  (fax)
                                                                      E-mail: Amber_Baylor@fd.org

08MJ0038-POR