AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN | DISTRICT OF | CALIFORNIA

UNITED STATES OF AMERICA,
        Plaintiff,
   v.

ERIC FLORES-VELASQUEZ,
        Defendant.

**APPEARANCE**

Case Number: 08MJ0038

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for

    ERIC FLORES-VELASQUEZ
    I am replacing AMBER A. BAYLOR on this case.

    I certify that I am admitted to practice in this court.

| 1/10/2008 | /s/ SHAFFY MOEEL |
|---|---|
| Date | Signature |
| | Shaffy Moeel / Federal Defenders of SD    238732 |
| | Print Name        Bar Number |
| | 225 Broadway, Suite 900 |
| | Address |
| | San Diego, CA   92101 |
| | City    State    Zip Code |
| | (619) 234-8467     (619) 687-2666 |
| | Phone Number      Fax Number |

## **CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

**U S Attorney CR**
Efile.dkt.gc2@usdoj.gov

Dated: January 10, 2008                _/s/ Shaffy Moeel_
                                                         SHAFFY MOEEL
                                                          Federal Defenders of San Diego, Inc.
                                                          225 Broadway, Suite 900
                                                          San Diego, CA 92101-5030
                                                          (619) 234-8467 (tel)
                                                          (619) 687-2666 (fax)
                                                          e-mail: Shaffy_Moeel@fd.org